# First District Court of Appeal
## State of Florida

_____

No. 1D19-1199
_____

KIMBERLY BRINSON,

    Appellant,

    v.

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

September 29, 2020

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kimberly Brinson, pro se, Appellant.

Ashley Moody, Attorney General, Kelly R. Forren, Assistant Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee; Lance Eric Neff, General Counsel, Department of Corrections, Tallahassee, for Appellee.